```
 1  DENNIS J. HERRERA, State Bar #139669
    City Attorney
 2  JOANNE HOEPER, State Bar #114961
    Chief Trial Attorney
 3  CELIA W. LEE, State Bar #172981
    Deputy City Attorney
 4  Fox Plaza
    1390 Market Street, 6th Floor
 5  San Francisco, California 94102-5408
    Telephone:  (415) 554-3858
 6  Facsimile:  (415) 554-3837

 7  Attorneys for City and County of San Francisco
```

**FILED**

MAY 05 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAJIB REBIA, <br><br> Plaintiff, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al <br><br> Defendants. | Case No. C04-3762 TEH <br><br> REQUEST FOR DISMISSAL; <br> ~~PROPOSED~~ ORDER OF DISMISSAL |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

A settlement agreeable to all parties has been reached in the above-mentioned matter. The parties respectfully request that this case be dismissed with prejudice as to the City and County of San Francisco.

///
///
///
///
///

5/4/05

**IT IS SO ORDERED:**

_/s/ Thelton E. Henderson_
Thelton E. Henderson
United States District Judge

Request for Dismissal
Rebia v. CCSF, et al., Case No. C04-3762 TEH                           1

| | | |
|---|---|---|
| 1 | Dated: April 13, 2005 | SUNDEEN SALINAS ROMELL & PYLE |
| 2 | | |
| 3 | | *signature* |
| | | HUNTER PYLE |
| 4 | | Attorney for Plaintiff |

Dated: April 13, 2005

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Attorney
CELIA W. LEE
Deputy City Attorney

By: *signature*

CELIA W. LEE
Attorneys for Defendant
City and County of San Francisco

## ORDER

**IT IS SO ORDERED:**

Dated: _____

_____
HON. THELTON E. HENDERSON
United States District Judge